UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR 11-00852 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING DATE |
| vs. | FOR VOLUNTARY SURRENDER |
| ANTHONY JOSEF NORRIS | |
| Defendant. | |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that Defendant Norris's surrender date shall be extended and require that Mr. Norris self surrender within seven days of receiving written notification of his designation to a BOP institution.

Dated: May _7_, 2012

_____
UNITED STATES DISTRICT JUDGE